## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

JERRY CARLTON                                                           PLAINTIFF

V.                              CASE NO. 3:25-CV-3023

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

### ORDER

Currently before the Court is the Report and Recommendation (Doc. 25) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated June 1, 2026, regarding the Motion for Attorney's Fees (Doc. 22) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 22) is **GRANTED**, and the Plaintiff is awarded the sum of **$8,629.30**. This amount includes 31.6 hours of legal work during 2025 at the approved hourly rate of $252.00, 2.3 hours during 2026 at the approved hourly rate of $257.00, and 1.0 hour of paralegal time at this District's approved hourly rate of $75.00.

**IT IS SO ORDERED** on this 16th day of June, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE